No. 279. ANSPACH ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Arthur Warner* and *S. Ward Sullivan* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 280. VOGELSANG ET AL., DOING BUSINESS AS WHITE-HOUSE BROS., *v.* DELTA AIR LINES, INC. C. A. 2d Cir. Certiorari denied. *Simon Greenhill* for petitioners. *John M. Aherne* for respondent.

No. 281. LOCAL 776, I. A. T. S. E. (FILM EDITORS), *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Robert W. Gilbert* and *Louis A. Nissen* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 282. COLUMBUS PRODUCTION CREDIT ASSOCIATION *v.* BOWERS, TAX COMMISSIONER OF OHIO. Supreme Court of Ohio. Certiorari denied. *Solicitor General Cox, Assistant Attorney General Oberdorfer, J. William Doolittle, Joseph Kovner* and *Paul O. Ritter* for petitioner. *Mark McElroy,* Attorney General of Ohio, *Theodore R. Saker,* First Assistant Attorney General, and *John Dilenschneider,* Assistant Attorney General, for respondent.

No. 284. UTAH ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Ronald N. Boyce,* Assistant Attorney General of Utah, and *Dennis McCarthy* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *A. Donald Mileur* for the United States.